IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEREMY KENNEDY**                                                                                          **PETITIONER**
**ADC #093061**

v.                                    Case No: 4:24-cv-00022-LPR

**DEXTER PAYNE**                                                                                             **RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 11). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, the Petition for Writ of Habeas Corpus (Doc. 2) is DISMISSED without prejudice. A certificate of appealability will not issue.

IT IS SO ORDERED this 13th day of September 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] A review of Petitioner's filings in state court reveals that his appeal was lodged in the Arkansas Supreme Court on February 26, 2024, and remains pending. *See Kennedy v. Arkansas Parole Board*, No. CV-24-128 (Ark. Sup. Ct.).