# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JEREMY KENNEDY**                                                                        **PETITIONER**
**ADC #093061**

v.                                           Case No: 4:24-cv-00022-LPR

**DEXTER PAYNE**                                                                        **RESPONDENT**

## **JUDGMENT**

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED without prejudice. A certificate of appealability will not issue.

IT IS SO ADJUDGED this 13th day of September 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE